

**PJI**
**NEW YORK**

ATLANTIC CITY
NEW JERSEY

BILOXI
MISSISSIPPI

BOSTON
MASSACHUSETTS

CHICAGO
ILLINOIS

CINCINNATI
OHIO

COEUR D'ALENE
IDAHO

COLUMBUS
OHIO

DETROIT
MICHIGAN

GALVESTON
TEXAS

HOUSTON
TEXAS

MIAMI
FLORIDA

MILWAUKEE
WISCONSIN

NEW YORK
NEW YORK

PHILADELPHIA
PENNSYLVANIA

RENO
NEVADA

SACRAMENTO
CALIFORNIA

SALEM
OREGON

SAN FRANCISCO
CALIFORNIA

SANTA ANA
CALIFORNIA

SEATTLE
WASHINGTON

TRI CITIES
WASHINGTON

TUCSON
ARIZONA

February 27, 2023

**Via Efile on ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*[Handwritten note: The initial conference scheduled for 3/21/23 is cancelled. So ordered. 2/27/23 /s/ JGK, U.S.D.J.]*

Re:   ***Jatnna Bobadilla vs. New York City Health & Hospitals Corp and Bellevue Hospital Center - Civil Action No.: 1:22-cv-10954 (JGK)***

Respectfully Honorable Koeltl:

Respectfully, please be advised that Pacific Justice Institute Inc. represents the Plaintiff, Jatnna Bobadilla, in the above-referenced action. Defendants have until March 31, 2023 to respond to Plaintiff's Complaint. However, the Court has scheduled an Initial Conference to be held in this action on March 21, 2023 at 3:30pm.

Since the Defendants have until March 31, 2023 to respond to the Plaintiff's Complaint, it is hereby respectfully requested that this Court adjourn the Initial Conference from March 21, 2023 until a new date subsequent to March 31, 2023.

No prior request has been made for an adjournment of the Initial Conference. This request is being made with the consent of the Defendants' Counsel, Attorney David Holmes.

*David Holmes*
David Holmes, Esquire
Assistant Corporation Counsel
New York Law Department
100 Church Street
New York, New York 10007

Please do not hesitate to contact me if there are any questions, comments or concerns.

Respectfully Submitted,
*/s/ April Forbes*

April Forbes, Esquire (AF0833)
PACIFIC JUSTICE INSTITUTE, INC.
350 Northern Blvd., Ste. 324
Albany, New York 12204-1000
(518) 721-8369 (Telephone)
(518) 707-0880 (Facsimile)

---

www.PJI.org

中文 chinese.pji.org • 한국어 korean.pji.org • Русский russian.pji.org • Español spanish.pji.org