```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JATNNA BOBADILLA,

                Plaintiff,

        22-cv-10594 (JGK)

- against -

        ORDER

NEW YORK CITY HEALTH & HOSPITALS CORPORATION,

                Defendant.

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference earlier today, the defendant may file a motion to dismiss by **May 10, 2023**. The plaintiff may respond by **June 12, 2023**. The defendant may reply by **June 26, 2023**.

SO ORDERED.

Dated:    New York, New York
            April 12, 2023

                                          _____
                                            John G. Koeltl
                                        United States District Judge