UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

JATNNA BOBADILLA,

                Plaintiff,

    - against -

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                Defendant.
───────────────────────────────

22-cv-10594 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant is directed to submit courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. (ECF No. 12).

SO ORDERED.

Dated:    New York, New York
            June 27, 2023

                                      John G. Koeltl
                            United States District Judge