**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
JATNNA BOBADILLA,

                           Plaintiff,

             -against-                                    22 **CIVIL** 10594 (JGK)

                                                         <u>**JUDGMENT**</u>

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                           Defendant.
----------------------------------------------------------------------X


            It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated May 8, 2024, the Court has

considered all of the arguments of the parties. To the extent not specifically addressed, the

arguments are either moot or without merit. For the foregoing reasons, the plaintiff's motion for

leave to file an Amended Complaint is denied. Because the proposed Amended Complaint would

be futile, the plaintiff's federal claims are dismissed with prejudice. The plaintiff's claims for

violations of the NYSHRL and the NYCHRL are dismissed without prejudice for lack of subject

matter jurisdiction. Judgment is entered dismissing this case; accordingly, the case is closed.

**Dated:**  New York, New York

       May 8, 2024

                                                 **RUBY J. KRAJICK**
                                        _____
                                                 **Clerk of Court**

                              **BY:**        K. mango
                                        _____
                                                 **Deputy Clerk**